LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
radaniels@kcnvlaw.com
**Attorneys for Defendant**
**Officer Boe D. Dennett**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAGAR NAVIN PATEL, | Case No. 2:16-cv-00730-JAD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| OFFICER BOE D. DENNETT, DOES I through V, inclusive; and ROE CORPORATIONS VI through X, inclusive, | |
| | **(First Request)** |
| Defendants. | |

The above-referenced parties, by and through their counsel of record, hereby agree and stipulate to extend the Dispositive Motion deadline currently set for April 14, 2017, for an additional fourteen (14) days, until April 28, 2017. This is the first requested extension between the parties. The extension is being requested as Counsel for Defendant has been in a Trial for the weeks of March 27, 2017 and April 3, 2017 in her capacity as General Counsel for the law firm of Kaempfer Crowell in a State Court matter which the firm is a Defendant. As such, Defendants' Counsel requires a brief extension of the deadline to prepare the dispositive motion.

/ / /

/ / /

1953159_1.docx 6943.108

The parties recognize that this request is not being made within twenty-one (21) days of the current deadline to file dispositive motions, April 14, 2017 pursuant to LR 26-4; however the parties submit that the excusable neglect exists.

LR 26-4 states in relevant part:

> A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

In evaluating excusable neglect, the court considers the following factors: (1) the reason for the delay and whether it was in the reasonable control of the moving party, (2) whether the moving party acted in good faith, (3) the length of the delay and its potential impact on the proceedings, and (4) the danger of prejudice to the nonmoving party. *See Pioneer Inv. Servs. Co. v. Brunswick Assocs.*, 507 U.S. 380, 395 S. Ct. 1489, 123 L.Ed.2d 74 (1993).

Defendants' Counsel did not know twenty-one (21) days ago that the Trial she has been required to attend would be going forward. Indeed, she was not aware that the Trial was proceeding until the week prior March 27, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

1    The extension will not prejudice any party and will allow the parties to properly brief

2    their dispositive motions for this Court. The parties are not delaying the conclusion of this

3    matter by way of trial or otherwise; no trial date has yet been ordered.

4    IT IS SO STIPULATED this 3rd day of April, 2017.

**KAEMPFER CROWELL**                                **LUCHERINI BLAKELY COURTNEY, P.C.**


By: */s/ Lyssa S. Anderson*                         By: */s/ John C. Courtney*
    LYSSA S. ANDERSON                                   Christopher L. Blakesley, Esq.
    Nevada Bar No. 5781                                 Nevada Bar No. 11922
    RYAN DANIELS                                        John C. Courtney, Esq.
    Nevada Bar No. 13094                                Nevada Bar No. 11092
    1980 Festival Plaza Drive, #650                     3175 S. Eastern Avenue
    Attorneys for Defendant                             Las Vegas, NV 89169
                                                        Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED this 26th day of April, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135