LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
radaniels@kcnvlaw.com
**Attorneys for Defendant**
**Officer Boe D. Dennett**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAGAR NAVIN PATEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OFFICER BOE D. DENNETT, DOES I through V, inclusive; and ROE CORPORATIONS VI through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-00730-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and stipulate to extend the deadline for Defendant to file his Reply in Support of Motion for Summary Judgment deadline currently set for May 19, 2017, for an additional three (3) days, until May 22, 2017. This is the first requested extension of this deadline between the parties. The extension is being requested as Counsel for Defendant requires and additional few days to complete the Reply.

/ / /

/ / /

/ / /

1977922_1.docx 6943.108

The extension will not prejudice any party and will allow Defendant a few additional days to complete his Reply. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

IT IS SO STIPULATED this 19th day of May, 2017.

| **KAEMPFER CROWELL** | **LUCHERINI BLAKELY COURTNEY, P.C.** |
|---|---|
| By: */s/ Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive, #650<br>Attorneys for Defendant | By: */s/ John C. Courtney*<br>Christopher L. Blakesley, Esq.<br>Nevada Bar No. 11922<br>John C. Courtney, Esq.<br>Nevada Bar No. 11092<br>3215 W. Charleston Blvd., Suite 102<br>Las Vegas, NV 89102<br>Attorneys for Plaintiff |

**IT IS SO ORDERED.**

DATED this __19th__ day of May, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

1977922_1.docx  6943.108

Page 2 of 2