JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
CHRISTOPHER L. BLAKESLEY, ESQ.
Nevada Bar No. 11922
LBC LAW GROUP
3215 W. Charleston Blvd., Ste. 120
Las Vegas, Nevada 89102
Ph.: (702) 608-3030
Fax: (702) 534-6354
info@lbclawgroup.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAGAR NAVIN PATEL, | Case No.: 2:16-cv-00730-JAD-PAL |
| Plaintiff | |
| v. | ECF Nos. 35, 41 |
| OFFICER BOE D. DENNETT; DOES I through V, inclusive; and ROE CORPORATIONS VI through X, inclusive, | |
| Defendants. | |

## <u>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE</u>

. . .

. . .

. . .

. . .

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SAGAR NAVIN PATEL ("Plaintiff") and Defendant Officer Boe D. Dennett ("Defendant"), by and through their respective undersigned counsel, that the above-captioned matter be dismissed with prejudice, and that each party is to bear its own attorneys' fees and costs incurred herein.

DATED this 1st day of Nov, 2018.

DATED this 1st day of November, 2018.

LBC LAW GROUP

By: _____
JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
CHRISTOPHER L. BLAKESLEY, ESQ.
Nevada Bar No. 11922
3215 W. Charleston Blvd., Ste. 120
Las Vegas, Nevada 89102
Ph.: (702) 608-3030/Fax: (702) 534-6354
Info@LBCLawGroup.com
*Attorneys for Plaintiff*

KAEMPFER CROWELL

By: _____
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada Bar No. 13094
1980 Festival Plaza Dr., Ste. 650
Las Vegas, Nevada 89135
Ph.: (702) 792-7000/Fax: (702) 796-7181
landerson@kcnvlaw.com
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 41]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear his own fees and costs. All pending motions **[ECF No. 35]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 2, 2018

2